984 A.2d 935

COMMONWEALTH of Pennsylvania, Petitioner

v.

Edward WATTS, Respondent.

Supreme Court of Pennsylvania.

Nov. 24, 2009.

## ORDER

PER CURIAM.

AND NOW, this 24th day of November 2009, the Petition for Allowance of Appeal is **GRANTED**. The issue, as phrased by petitioner, is:

Does subsequent decisional law amount to a new "fact" under 42 Pa.C.S. § 9545(b)(ii) of the PCRA?